FILED

2021 Sep-28  AM 10:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

**USA ex rel. PHILIP MARSTELLER**
**and ROBERT SWISHER v. LYNN TILTON**
**and MD HELICOPTERS, INC.**

**CASE NUMBER: 5:13-cv-00830-AKK**

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (If any) | | | RULING ON REOFFER | | RECD. COND. or LTX | RECEIVED | EXHIBITS    JURY TRIAL    09/10/21 PLAINTIFF |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 1 | | | | | | | | | 04/16/09 Purchase Agreement - MD 500/600 Series (MD_DODIG_FEDAZ000837) |
| | 2 | | | | | | | | | 01/03/11 Tilton eml re Financial Statements for Afghanistan RFP (SwisherRM_0195618-620) |
| | 3 | | | | | | | | | 01/03/11 Tilton eml re Financial Statements for Afghanistan RFP (MDHI_NDAL_0068736-737) |
| | 4 | | | | | | | | | 02/09/11 Fifer eml re Avia Consulting: MD 530F For Approval (RS00005975-976) |
| | 5 | | | | | | | | | 02/09/11 Fifer eml re Avia Consulting: MD 530F For Approval (MDHI_NDAL_0058803-805) |
| | 6 | | | | | | | | | 03/10/11 Swisher eml re Telecon (MDHI_NDAL_0052527-528) |
| | 7 | | | | | | | | | 03/10/11 Afghanistan Contract (MDHI_NDAL_0052571-598) |
| | 8 | | | | | | | | | 04/17/11 C. Tilton eml re Vergez Meeting (MQTP-00005789-791) |
| | 9 | ✓ | | | | | | | 9/14/21 | 04/25/11 Tilton eml re Tuesday (MDHI_NDAL_0070386-387) |
| | 10 | ✓ | | | | | | | 9/20/21 | 04/26/11 Tilton eml re Lunch (MQTP-00005817) |
| | 11 | ✓ | | | | | | | 9/14/21 | 04/27/11 Swisher eml re Sang (MDHI_NDAL_0074848-852) |
| | 12 | | | | | | | | | 05/06/11 Vergez eml re Sang (MDHI_NDAL_0074920-921) |
| | 13 | | | | | | | | | 05/19/11 Swisher eml re Vergez (MDHI_NDAL_0052483) |
| | 14 | ✓ | | | | | | | 9/13/21 | 08/14/11 Swisher eml re Vergez Called me Today (MDHI_NDAL_0058637-638) |
| | 15 | ✓ | | ✓ | | | | | 9/13/21 | 05/26/11 Tilton eml re Mi17 Type Certification (MQTP-00005863) |
| | 16 | ✓ | | ✓ | | | | | 9/14/21 | 05/26/11 Tilton eml re Mi17 Type Certification (MQTP-00024131-134) |
| | 17 | ✓ | ✓ | | | | | | 9/20/21 | 06/12/11 C. Tilton eml re Afghan (MQTP-00005942-944) |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (If any) | | | RULING ON REOFFER | | RECD. COND. or LTX | RECEIVED | EXHIBITS   JURY TRIAL   09/10/21 PLAINTIFF |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 18 | ✓ | | | | | | | 9/13/21 | 06/12/11 Tilton eml re Afghan Trainer (MDHI_NDAL_0067037-038) |
| | 19 | ✓ | | | | | | | 9/13/21 | 06/27/11 Swisher eml re This Week (MDHI_NDAL_0052504-505) |
| | 20 | ✓ | | ✓ | | | | | 9/13/21 | 06/27/11 C. Tilton eml re Trip to Huntsville (MDHI_NDAL_0069882-883) |
| | 21 | ✓ | | ✓ | | ✓ | ✓ | | 9/13/21 | 06/28/11 C. Tilton eml re Vergez's (MQTP-00006037) |
| | 22 | ✓ | | | | | | | 9/13/21 | 06/28/11 Swisher eml re Huntsville (MDHI_NDAL_0052517-519) |
| | 23 | ✓ | | | | | | | 9/20/21 | 06/28/11 Tilton eml re Vergez (MQTP-00024294-295) |
| | 24 | ✓ | | | | | | | 9/14/21 | 06/29/11 Tilton eml re Signature (MQTP-00001349-350) |
| | 25 | | | | | | | | | 07/29/11 Revised Response to RFP (MDHI_NDAL_0075556-769) |
| | 26 | | | | | | | | | 08/17/11 Folson eml re Messages (MQTP-00005600-602) |
| | 27 | | | | | | | | | 09/01/11 Amendment to Contract W58RGZ-11-0070 (SwisherRM_0048678-692) |
| | 28 | ✓ | | | | | | | | 09/02/11 Tilton eml re 2011-050 Aspan MD 530F (RS00008361-362) |
| | 29 | ✓ | | | | | | | 9/13/21 | 10/06/11 Tilton eml re 902 (MDHI_NDAL_0079642) |
| | 30 | ✓ | | | | | | | 9/13/21 | 10/13/11 Swisher eml re Meeting (MDHI_NDAL_0052317-319) |
| | 31 | | | | | | | | | 10/24/11 Pricing Proposal - El Salvador (USA Bates 1010336-458) |
| | 32 | ✓ | | | | | | | 9/13/21 | 10/28/11 Tilton eml re Vergez Visit (MQTP-00005164) |
| | 33 | ✓ | | | | | | | 9/14/21 | 11/03/11 Moddes eml re Tomorrow (MQTP-00005192-193) |
| | 34 | ✓ | | | | | | | 9/14/21 | 11/04/11 Vergez eml re Patrick AFB (MQTP-00026359-360) |
| | 35 | ✓ | | ✓ | | | | | 9/13/21 | 11/14/11 Schopfer eml re Cote (MarstellerRM_0000040-041) |
| | 36 | ✓ | | | | | | | 9/14/21 | 12/08/11 Powell eml re El Salvador (USA Bates 1011334-336) |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (If any) | | | RULING ON REOFFER | | RECD. COND. or LTX | RECEIVED | EXHIBITS JURY TRIAL 09/10/21 PLAINTIFF |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 37 | | | | | | | | | 12/01/11 Schopfer eml re El Salvador (PAM0023470-472) |
| | 38 | ✓ | | | | | | | | 12/02/11 Youngblood eml re Request for Information (USA Bates 1023779-780) |
| | 39 | ✓ | | | | | | | 4/12/21 | 12/06/11 Schopfer eml re El Salvador (MDHI_NDAL_0010014-015) |
| | 40 | ✓ | | | | | | | 9/13/21 | 12/08/11 Schopfer eml re El Salvador (PAM0028370) |
| | 41 | ✓ | | | | | | | 9/14/21 | 12/09/11 Vergez eml re El Salvador Contract (MQTP-00003429-432) |
| | 42 | ✓ | | | | | | | 9/13/21 | 12/09/11 Contract W58RGZ-12-C-0034 (USA Bates 002427-453) |
| | 43 | ✓ | | | | | | | | 12/27/11 Tekie eml re Messages (MQTP-00001311) |
| | 44 | ✓ | | | | | | | 9/20/21 | 12/28/11 Tilton eml re Living Legends (MQTP-00004499) |
| | 45 | ✓ | | | | | | | 9/13/21 | 01/04/12 Tilton eml re MD530F for Saudi Arabia (MDHI_NDAL_0071725-726) |
| | 46 | ✓ | | | | | | | | 01/12/12 Jones eml re Names for Gold Table (MQTP-00000829-830) |
| | 47 | ✓ | | | | | | | 9/13/21 | 2012 Photos of Living Legends (SwisherRM_0195686-692) |
| | 48 | ✓ | | | | | | | 9/21/21 | 01/23/12 Jones eml re Vergez (MQTP-00000833-834) |
| | 49 | ✓ | | | | | | | | 01/23/12 Swisher doc Titled: Subpart 3.1-Safeguards (SwisherRM_0195641-645) |
| | 50 | ✓ | | | | | | | 9/20/21 | 01/24/12 Jones eml re Vergez (MQTP-00000880-882) |
| | 51 | ✓ | | | | | | | 9/13/21 | 03/17/11 Paul eml re Business Ethics and Practices Policy Manual |
| | 52 | ✓ | | | | | | | | 02/07/12 Vergez eml re AAAA Symposium (MDHI_NDAL_0076508) |
| | 53 | ✓ | | | | | | | 9/13/21 | 03/21/12 Swisher eml re MD 530F Pricing Analysis (SwisherRM_0195624-631) |
| | 54 | ✓ | | | | | | | 9/20/21 | 02/05/12 MD Helicopters 2012 Official Price List (MD_DODIG_FEDAZ000703-704) |
| | 55 | ✓ | | | | | | | 9/13/21 | 02/12/12 Tilton eml re Costa Rica (SwisherRM_0059248) |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (If any) | | | RULING ON REOFFER | | RECD. COND. or LTX | RECEIVED | EXHIBITS    JURY TRIAL    09/10/21 PLAINTIFF |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 56 | | | | | | | | | 02/29/12 Tilton eml re Helicopter Model (SwisherRM_0061719-720) |
| | 57 | ✓ | | ✓ | | | | | 9/13/21 | 03/09/12 Barnett eml re Meeting and Agenda (MDHI_NDAL_0010828-830) |
| | 58 | | | | | | | | | 03/20/13 Ball eml re Borizov (MDHI_NDAL_0053328-329) (Currently AEO) |
| | 59 | ✓ | | | | | | | 9/17/21 | 03/21/12 Tilton eml re Iraqi Ltr (PAM 002553-560) |
| | 60 | | | | | | | | | 03/21/12 Schopfer eml re Costa Rica (MarstellerRM_0000119) |
| | 61 | ✓ | | | | | | | | 03/21/12 Marsteller eml re Costa Rica (MDHI_NDAL_0068953-954) |
| | 62 | ✓ | | | | | | | 9/17/21 | 03/22/12 Tilton eml re Costa Rica (MQTP-00000149-151) |
| | 63 | ✓ | | | | | | | 9/17/21 | 03/22/12 Vergez eml re Costa Rica (MQTP-00001901-902) |
| | 64 | | | | | | | | | 03/23/12 Tekie eml re AAAA (MQTP-00001907) |
| | 65 | ✓ | | | | | | | 9/17/21 | 04/01/12 Vergez eml re MD Job Description (MQTP-00000019) |
| | 66 | ✓ | | ✓ | | | | | 9/13/21 | 04/06/12 Tilton eml re Costa Rica (SwisherRM_0069350-351) |
| | 67 | ✓ | | | | | | | 9/13/21 | 04/06/12 DOA Memo re Disqualification Statement (USA Bates 005371-372) |
| | 68 | ✓ | | | | | | | 9/20/21 | 04/06/12 Tilton eml re Sang Dash Board (SwisherRM_0069397-399) |
| | 69 | ✓ | | | | | | | 9/17/21 | 04/07/12 Jones eml re Ltr of Disqualification (MQTP-00000901-902) |
| | 70 | ✓ | | | | | | | 9/14/21 | 04/07/12 Tilton eml re Vergez Ltr of Disqualification (MQTP-00000023-024) |
| | 71 | ✓ | | | | | | | 9/17/21 | 04/08/12 Jones eml re Vergez Ltr of Disqualification (MQTP-00002011) |
| | 72 | ✓ | | | | | | | 9/20/21 | 04/09/12 Tilton eml re Revised Sang Dash Board (SwisherRM_0069516-519) |
| | 73 | ✓ | | | | | | | 9/20/21 | 04/09/12 Tilton eml re Commercial Pricing for 530F (PAM0016274-275) |
| | 74 | | | | | | | | | 04/11/12 Jones eml re Vergez Ltr of Disqualification (MQTP-00000027-028) |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (If any) | | | RULING ON REOFFER | | RECD. COND. or LTX | RECEIVED | EXHIBITS   JURY TRIAL   09/10/21<br>PLAINTIFF |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 75 | ✓ | | | | | | | 9/17/21 | 04/14/12 Jones eml re MDHI Offer Ltr to Vergez (MQTP-00002031) |
| | 76 | ✓ | | | | | | | 9/13/21 | 04/16/12 MDHI Offer Ltr to Vergez (MQTP-00000030-037) |
| | 77 | | | | | | | | | 04/23/12 US Army eml re Requested Opinion (MQTP-00000047-050) |
| | 78 | ✓ | | | | | | | 9/17/21 | 04/23/12 Tilton eml re Response to Offer Ltr (MQTP-00000039-040) |
| | 79 | ✓ | | | | | | | 9/14/21 | 04/24/12 Jones eml re Vergez Retirement Orders (MQTP-00000055-056) |
| | 80 | ✓ | | | | | | | 9/20/21 | 04/25/12 Jones eml re Vergez (MQTP-00000913) |
| | 81 | ✓ | | | | | | | 9/20/21 | 04/25/12 Tilton eml re Pages on Fax Machine (MQTP-00002072) |
| | 82 | ✓ | | | | | | | 9/17/21 | 04/26/12 Jones eml re Andy's Future (MQTP-00000514) |
| | 83 | ✓ | | ✓ | | | | | 9/13/21 | 05/12/12 Benjamin eml re Postponement of ICA (MDHI_NDAL_0051898-902) |
| | 84 | ✓ | | | | | | | 9/17/21 | 05/21/12 DOA Ltr re Post-Employment Restrictions (USA Bates 0005347-354) |
| | 85 | | | | | | | | | 05/22/12 Jones eml re Vergez and US Army (MQTP-00000915) |
| | 86 | ✓ | | | | | | | 9/14/21 | 05/22/12 Tilton eml re Vergez Must be an MD Employee (MQTP-00000184) |
| | 87 | ✓ | | | | | | | 9/17/21 | 05/22/12 Vergez eml re Vergez Legal Opinion (MQTP-00000630) |
| | 88 | ✓ | | | | | | | 9/17/21 | 05/24/12 Jones eml re Vergez Legal Opinion (MQTP-00000517) |
| | 89 | ✓ | | | | | | | 9/13/21 | 05/24/12 Tilton eml re Czech and Costa Rica (SwisherRM_0079045-046) |
| | 90 | ✓ | | | | | | | 9/13/21 | 05/29/12 Kelley eml re Sang (MDHI_NDAL_0066070) |
| | 91 | ✓ | | | | | | | 9/13/21 | 05/30/12 Tilton eml re Sang (SwisherRM_0080114-116) |
| | 92 | | | | | | | | | 05/30/12 MDHI Response to Solicitation No. W58RGZ-12-R-0172 (MDHI_NDAL_0008440-555) |
| | 93 | ✓ | | | | | | | 9/13/21 | 06/03/12 Tilton eml re Sang Contract Monthly Payments (SwisherRM_0082140-141) |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (If any) | | | RULING ON REOFFER | | RECD. COND. or LTX | RECEIVED | EXHIBITS    JURY TRIAL    09/10/21 PLAINTIFF |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 94 | ✓ | | | | | | | 9/17/21 | 06/03/12 Vergez eml re Update (MQTP-00002177-178) |
| | 95 | ✓ | | | | | | | 9/13/21 | 06/18/12 Marsteller eml re Costa Rica (MDHI_NDAL_0065175) |
| | 96 | ✓ | | | | | | | 9/17/21 | 06/19/12 Vergez eml re Costa Rica (MQTP-00002187-188) |
| | 97 | ✓ | | | | | | | 9/17/21 | 06/21/12 Vergez eml re Sang Contract (MQTP-00002200-202) |
| | 98 | ✓ | | | | | | | 9/20/21 | 06/21/12 Tilton eml re Sang Contract (MDHI_NDAL_0048783-787) |
| | 99 | | | | | | | | | 09/21/12 Schopfer eml re Sang Contract (MDHI_NDAL_0051932-935) |
| | 100 | ✓ | | | | | | | 9/17/21 | 06/22/12 Vergez eml re Sang Contract (MQTP-00002212-216) |
| | 101 | ✓ | | | | | | | 9/13/21 | 06/22/12 Tilton eml re Sang Contract (MDHI_NDAL_0065113-116) |
| | 102 | ✓ | | | | | | | 9/13/21 | 06/23/12 Tilton eml re Call (MDHI_NDAL_0071429-431) |
| | 103 | ✓ | | | | | | | 9/13/21 | 06/24/12 Schopfer eml re Confirmation (MDHI_NDAL_0051954-955) |
| | 104 | ✓ | | | | | | | 9/13/21 | 07/25/12 Marsteller eml re Costa Rica/Peru (MDHI_NDAL_0064512-513) |
| | 105 | | | | | | | | | 06/25/12 Powell eml re Discussion of Sang Contract (USA Bates 1016239-241) |
| | 106 | ✓ | | | | | | | 9/13/21 | 06/26/12 Tilton eml re Sang Contract (MDHI_NDAL_0065064-066) |
| | 107 | ✓ | | | | | | | 9/16/21 | 06/26/12 Tilton eml re Voucher (MDHI_NDAL_0068994) |
| | 108 | ✓ | | | | | | | 9/14/21 | 06/28/12 Youngblood eml re Draft Government Ltr on Payment (SwisherRM_0087982-983) |
| | 109 | ✓ | | | | | | | 9/13/21 | 06/29/12 Tilton eml re Draft Government Ltr on Payment (MDHI_NDAL_0064894) |
| | 110 | ✓ | | | | | | | 9/13/21 | 06/29/12 Tilton eml re Draft Government Ltr on Payment (MDHI_NDAL_0068993) |
| | 111 | ✓ | | | | | | | 9/13/21 | 06/29/12 Tilton eml re Signed Contract (MDHI_NDAL_0068990) |
| | 112 | ✓ | | | | | | | 9/13/21 | 06/29/12 Tilton eml re Contract W58RGZ-12-C-0105 (MDHI_NDAL_0064850-885) |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (If any) | | | RULING ON REOFFER | | RECD. COND. or LTX | RECEIVED | EXHIBITS    JURY TRIAL    09/10/21 PLAINTIFF |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 113 | ✓ | ✓ | | | | | | 9/14/21 | 06/29/12 Rupert eml re Sang Payment (SwisherRM_0088095-098) |
| | 114 | ✓ | | | | | | | 9/13/21 | 06/29/12 Tilton eml re Contract W58RGZ-12-C-0105 (MDHI_NDAL_0064848-849) |
| | 115 | | | | | | | | | 06/29/12 Youngblood eml re Sang Payment Ltr (USA Bates 1025158-159) |
| | 116 | | | | | | | | | 06/29/12 DOA Draft Ltr to Kane (SwisherRM_0087983) |
| | 117 | | | | | | | | | 06/29/12 Addendum Pre-Negotiation Memorandum (USA Bates 004331-340) |
| | 118 | ✓ | ✓ | | | | | | 9/13/21 | 06/29/12 Signed Contract for W58RGZ-12-C-0105 (MDHI_NDAL_0008932-981) |
| | 119 | ✓ | | | | | | | 9/13/21 | 06/30/12 Schopfer eml re Signed Contract (MDHI_NDAL_0071388-389) |
| | 120 | ✓ | | | | | | | 9/13/21 | 07/02/12 Kelley eml re Contract W58RGZ-12-C-0105 (MDHI_NDAL_0051998-999) |
| | 121 | ✓ | | | | | | | 9/13/21 | 07/03/12 Amendment to Contract W58RGZ12C0105 (USA Bates 1025451-457) |
| | 122 | ✓ | | | | | | | 9/17/21 | 07/06/12 Jones eml re Update (MQTP-00000081) |
| | 123 | ✓ | | | | | | | 9/17/21 | 07/10/12 Jones eml re Update (MQTP-00000521) |
| | 124 | ✓ | | | | | | | 9/17/21 | 07/25/12 Schopfer eml re Vergez will be in Mesa (MDHI_NDAL_0051959) |
| | 125 | ✓ | | | | | | | 9/13/21 | 07/28/12 Tilton eml re Costa Rica / Peru Update (PAM0028490-496) |
| | 126 | ✓ | | | | | | | 9/13/21 | 08/06/12 Tilton eml re El Salvador (MDHI_NDAL_0050749-750) |
| | 127 | | | | | | | | | 08/23/12 Tilton eml re Ltr Requesting Accelerated Delivery (MDHI_NDAL_0064292-294) |
| | 128 | ✓ | | | | | | | | 09/11/12 Contract Amendment for Contract W58RGZ12C0105 (USA Bates 006262-268) |
| | 129 | ✓ | | | | | | | 9/17/21 | 09/14/12 Tilton Offer Ltr to Vergez (MQTP-00000649-657) |
| | 130 | | | | | | | | | 09/18/12 Jones eml re Spoke to Lynn (MQTP-00000525) |
| | 131 | ✓ | | | | | | | 9/20/21 | 09/20/12 Tilton eml re Costa Rica (MQTP-00000403-404) |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (If any) | | | RULING ON REOFFER | | RECD. COND. or LTX | RECEIVED | EXHIBITS     JURY TRIAL      09/10/21 PLAINTIFF |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRICION |
| | 132 | | | | | | | | | 09/20/12 Marsteller eml re RN083 Helicentro (MarstellerRM_0022046-064) |
| | 133 | ✓ | | | | | | | 9/20/21 | 09/21/12 Tilton eml re Spoke to Lynn (MQTP-00000087-088) |
| | 134 | ✓ | | | | | | | 9/17/21 | 09/24/12 Tilton Offer Ltr to Vergez (MQTP-00000136-142) |
| | 135 | ✓ | | | | | | | 9/17/21 | 09/26/12 Tilton eml re Vergez Offer Ltr (MQTP-00000114-115) |
| | 136 | ✓ | | | | | | | 9/17/21 | 10/03/12 Jones eml re Vergez Resume (MQTP-00000946-947) |
| | 137 | | | | | | | | | 10/03/12 Pillado eml re PA MD 600/RN083 (MarstellerRM_0022027-045) |
| | 138 | | | | | | | | | 10/15/12 Schopfer eml re Vergez (MQTP-000002800) |
| | 139 | ✓ | | | | | | | 9/20/21 | 10/15/12 Schopfer eml re Vergez (MDHI_NDAL_0051964-965) |
| | 140 | ✓ | | ✓ | | | | | 9/16/21 | 10/22/12 MDHI Response to Solicitation No. W58RGZ-12-R-0527 (MDHI_NDAL_0009273-405) |
| | 141 | ✓ | | | | | | | 9/17/21 | 10/29/12 Vergez eml re Disqualification Ltr (MQTP-00000116-118) |
| | 142 | ✓ | | | | | | | 9/17/21 | 11/02/12 Vergez eml re El Salvador (MDHI_NDAL_0077307-308) |
| | 143 | | | | | | | | | 11/05/12 Celigoy eml re Costa Rica Proposal (MDHI_NDAL_0077311-331) |
| | 144 | ✓ | | | | | | | 9/17/21 | 11/05/12 Tilton eml re Costa Rica (MQTP-00000478) |
| | 145 | | | | | | | | | 11/06/12 Marsteller eml re Purchase Agreement/Helicentro 600N (SwisherRM_0107749-764) |
| | 146 | | | | | | | | | 11/06/12 Marsteller eml re Costa Rica Proposal (MDHI_NDAL_0060171-172) |
| | 147 | | | | | | | | | 11/14/12 Celigoy eml re Costa Rica Commerciality (USA Bates 1027030-031) |
| | 148 | | | | | | | | | 11/14/12 Celigoy eml re Costa Rica Commerciality (USA Bates 1027035-037) |
| | 149 | | | | | | | | | 11/16/12 Celigoy eml re Questions on Invoices for Commerciality (MDHI_NDAL_0038444-445) |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (If any) | | | RULING ON REOFFER | | RECD. COND. or LTX | RECEIVED | EXHIBITS   JURY TRIAL   09/10/21  PLAINTIFF |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 150 | | ✓ | | | | | | | 11/16/12 Celigoy eml re Questions on Invoices for Commerciality (MDHI_NDAL_0009828) |
| | 151 | ✓ | ✓ | | | | | | 9/17/21 | 11/21/12 Jones eml re Vergez Relocation (MQTP-00002840-841) |
| | 152 | ✓ | ✓ | | | | | | 9/17/21 | 11/27/12 Patriarch Partners Check No. 2907 (MDHI_NDAL_0006145-146) |
| | 153 | ✓ | | | | | | | 9/17/21 | 11/29/12 Jones eml re Relocation (MQTP-00000970) |
| | 154 | ✓ | | | | | | | | 02/01/12 Swisher eml re Pricing Analysis (PAM0028371-373) |
| | 155 | ✓ | | | | | | | 9/20/21 | 12/03/12 Whalen eml re Signed Vergez Offer Ltr (MQTP-00000732) |
| | 156 | ✓ | | | | | | | | 12/03/12 Jones eml re Revised Offer Ltr (MQTP-00000533) |
| | 157 | ✓ | | | | | | | 9/17/21 | 12/03/12 Vergez eml re Revised Offer Ltr (MQTP-00000743) |
| | 158 | | ✓ | | | | | | | 12/03/12 Jones eml re Revised Offer Ltr (MQTP-00000993-994) |
| | 159 | ✓ | | | | | | | 9/13/21 | 12/03/12 Contract W58RGZ-13-C-0026 (USA Bates 000701-722) |
| | 160 | | | | | | | | | 02/07/03 Ball eml to Vergez (MDHI_NDAL_0081661-662) |
| | 161 | | | | | | | | | 02/13/13 Eml to Vergez re Leadership Meeting (MDHI_NDAL_0052805) |
| | 162 | | | | | | | | | 03/25/13 Ball eml re MDHI Email for Borisov (MQTP-00010948-949) |
| | 163 | | ✓ | | | | | | | 03/21/13 Baker eml re Travel and American Express Card (MDHI_NDAL_0051966) |
| | 164 | | | | | | | | | 04/01/13 Celigoy eml re Sang Acceptance Complete (MarstellerRM_0001383-384) |
| | 165 | | | | | | | | | 04/12/13 Vergez eml re Costa Rica (MQTP-00012242) |
| | 166 | | | | | | | | | 04/13/13 Purchase Agreement - MD Model 600N (PAM0016260) |
| | 167 | | ✓ | | ✓ | | | | | 04/24/13 Schopfer eml re Professional Development (MDHI_NDAL_0054416) |
| | 168 | ✓ | | | ✓ | | | | 9/22/21 | 05/10/13 Handwritten Ltr (MarstellerRM_0001182) |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (If any) | | | RULING ON REOFFER | | RECD. COND. or LTX | RECEIVED | EXHIBITS    JURY TRIAL    09/10/21<br><br>PLAINTIFF |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 169 | | | | | | | | | 07/10/13 Schopfer eml re Costa Rica Modification (MDHI_NDAL_0055824-825) |
| | 170 | | | | | | | | | 08/23/13 Brinkman ltr re Investigation of Patriarch Partners and MDHI (MDFEDAZ_00000447-449) |
| | 171 | | | | | | | | | 11/15/13 Report re Vergez (USA Bates 0005507-509) |
| | 172 | | | | | | | | | 01/02/14 Interview: Shawn Powell (USA Bates 1020518-521) |
| | 173 | | | | | | | | | 01/08/14 Wilson eml re Costa Rica (USA Bates 0006237-240) |
| | 174 | | | | | | | | | 03/07/14 Custodian of Records Memorandum (MDHI_NDAL_0006137-144) |
| | 175 | | | | | | | | | 03/28/14 Interview: Lance Stamper (USA Bates 00006207-209) |
| | 176 | | | | | | | | | 03/27/14 Re-Interview: Shawn Powell (USA Bates 1021133-160) |
| | 177 | | | | | | | | | 09/20/14 Interview: Schopfer (USA Bates 0006797-6781) |
| | 178 | | | | | | | | | 04/07/15 USDC NDAL - USA v. Vergez - Information (USA Bates 007052-059) |
| | 179 | | | | | | | | | 04/07/15 Vergez Plea Agreement (USA Bates 007060-075) |
| | 180 | | | | | | | | | 06/24/15 Erickson Affidavit |
| | 181 | | | | | | | | | 09/22/15 Walsh eml re HR Resignation (PAM 008430-433) |
| | 182 | | | | | | | | | 09/23/15 Walsh eml re Patriarch Partners (PAM 008451-453) |
| | 183 | | | | | | | | | 04/26/16 USDC NDAL - USA v. Vergez - Judgment (USA Bates 007105-109) |
| | 184 | | | | | | | | | 08/12/16 Dept of Army ltr re Vergez (USA Bates 007110-119) |
| | 185 | ✓ | | | | | | | | 07/12/19 Dept of Army Memorandum re Report (USA Bates 005374-401) |
| | 186 | ✓ | | | | | | | 9/21/21 | 04/15/21 Benson eml re Request under FOI Act (MarstellerRM_0022065) |
| | 187 | | | | | | | | | 04/15/21 Richardson eml re Request Under FOI Act (MarstellerRM_0022066-068 & 070) |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (If any) | | | RULING ON REOFFER | | RECD. COND. or LTX | RECEIVED | EXHIBITS   JURY TRIAL   09/10/21  PLAINTIFF |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 188 | | | | | | | | | 04/15/21 Richardson eml re FAA FOIA Response (MarstellerRM_0022072-073) |
| | 189 | | | | | | | | | Philip and Ruth Marsteller Bankruptcy Filings: Cause No. 2:13-bk-14988 |
| | 190 | | | | | | | | | Patriarch Partners Chart (MQTP-00028647-669) |
| | 191 | | | | | | | | | DOA Source Selection Plan re Afghanistan (USA Bates 0013473-508) |
| | 192 | | | | | | | | | Vergez Resume (MQTP-00000948-949) |
| | 193 | | | | | | | | | MDHI Business Ethics and Practices Policy Manual (MDHI_NDAL_0059350-376) |
| | 194 | ✓ | | ✓ | | | | | | Doc: The Following FAR Clauses Apply to this Agreement (RS00013250-263) |
| | 195 | ✓ | | | | | | | 9/8/21 | Government Contracting Addendum (MDHI_NDAL_0059404-411) |
| | 196 | ✓ | | | | | | | | Celigoy eml re Sang (MarstellerRM_0004350-354) |
| | 197 | | | | | | | | | MDHI Check No. 183657 and Backups (MDHI_NDAL_0006076-084) |
| | 198 | | | | | | | | | MDHI Check No. 183917 and Backups (MDHI_NDAL_0006085-115) |
| | 199 | | | | | | | | | Independent Government Cost Estimate: Sang (USA Bates 0003732-745) |
| | 200 | | | | | | | | | Various USA Bates Stamped Documents (USA Bates 004644-782) |
| | 201 | | | | | | | | | Various Vergez Emails (USA Bates 005355-370) |
| | 202 | | | | | | | | | Costa Rica Contract MD 600N Documents (USA Bates 000094-165) |
| | 203 | ✓ | | | | | | | 9/20/21 | 11/20/10 Management Services Agreement (MQTP-00029969-983) |
| | 204 | | | | | | | | | Vergez Documents (MDHI_NDAL_0059449-506) (Currently AEO) |
| | 205 | | | | | | | | | 08/29/10 Eml Tilton re Price of Sang (MQTP-00026225-228) |
| | 206 | ✓ | | | | | | | | 11/09/11 Tilton eml to Tekie (MQTP-00005313-314) |
| | 207 | ✓ | | | | | | | 9/17/21 | 12/01/11 Tilton eml to/from Vergez (MQTP-00004153-154) |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (If any) | | | RULING ON REOFFER | | RECD. COND. or LTX | RECEIVED | EXHIBITS    JURY TRIAL    09/10/21 PLAINTIFF |
|---|---|---|---|---|---|---|---|---|---|---|
| | | / | SUS | O/R | RES | SUS | O/R | | | DESCRICION |
| | 208 | ✓ | | | | | | | 9/24/21 | 12/06/11 Youngblood eml re El Salvador Contract (USA Bates 1023783-784) |
| | 209 | | | | | | | | | 12/08/11 Tilton eml to/from Vergez (MTQP-00003418-420) |
| | 210 | | | | | | | | | 12/09/11Powell eml re El Salvador Contract (USA Bates 1011378-380) |
| | 211 | / | | | | | | | | 12/09/11 Vergez eml re El Salvador Contract (USA Bates 1011393-395) |
| | 212 | ✓ | | | | | | | 9/24/21 | 01/27/12 Emails between Lynn Tilton and Vergez (SwisherRM_0056907-911) |
| | 213 | ✓ | | | | | | | 9/13/21 | 04/09/12 Sang Response to solicitation (MDHI_NDAL_0026084-196) |
| | 214 | | | | | | | | | 05/30/12 Sang Pricing Proposal (USA Bates 001468-595) |
| | 215 | ✓ | | | | | | | 9/14/21 | 06/15/12 Kane eml re Sang Contract (SwisherRM_0085106-166) |
| | 216 | | | | | | | | | 06/29/12 Sang Contract (MDHI_NDAL_0047832) |
| | 217 | | | | | | | | | 07/02/12 Youngblood eml re Modification 1 to Sang Contract (USA Bates 1025363-369) |
| | 218 | | | | | | | | | 09/23/12 Jones eml re offer Ltr (MQTP-00000091-100) |
| | 219 | | | | | | | | | 11/20/12 Determination and Findings Commercial Item re Costa Rica (USA Bates 000244-246) |
| | 220 | | | | | | | | | 01/03/13 MDHI Organizational Chart (MarstellerRM_0008874) |
| | 221 | ✓ b | | | | | | | 9/14/21 | 05/12/15 Walsh Affidavit A 283-285 (MarstellerRM_0007283-294) B-286 - 294 |
| | 222 | | | | | | | | | 09/23/15 Walsh eml re Patriarch (PAM 008439-447) |
| | 223 | | | | | | | | | 09/11/17 Tilton Declaration (Tilton Depo Ex 003) |
| | 224 | | | | | | | | | 11/20/12 Kane eml re Costa Rica (USA Bates 1027080-081) |
| | 225 | | | | | | | | | 10/28/19 MDHI's Response to First Amended Complaint |
| | 226 | | | | | | | | | 10/28/19 Tilton's Response to First Amended Complaint |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (If any) | | | RULING ON REOFFER | | RECD. COND. or LTX | RECEIVED | EXHIBITS      JURY TRIAL      09/10/21 PLAINTIFF |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRITION |
| | 227 | ✓ | | | | | | | 9/13/21 | 06/05/20 Contractor Code of Business Ethics and Conduct (48 C.F.R. 52.203-213) |
| | 228 | | | | | | | | | 03/02/21 Relators' Notice of Deposition of MD Helicopter's Corporate Representative |
| | 229 | | | | | | | | | 03/02/21 Tilton's Amended Response and Objections to Relators' First Set of Interrogatories |
| | 230 | | | | | | | | | 03/23/21 MDHI's Third Amended Response and Objections to Relators' First Set of Interrogatories |
| | 231 | | | | | | | | | 03/23/21 MDHI's Second Supplemental Responses and Objections to Relators' Second set of Interrogatories |
| | 232 | | | | | | | | | 04/02/21 Tilton's Amended Responses and Objections to Relators' Second Set of Interrogatories |
| | 233 | | | | | | | | | 04/02/21 MDHI.'s Third Supplemental Responses and Objections to Relators' Second Set of Interrogatories |

234 ✓

235 ✓
236 ✓
237 ✓

238 ✓      ✓

9/14/21 Installment payments for commercial items
9/14/21
9/24/21 Flight log - Certificate
9/20/21 El Salvador Contract
2/23/21 chart